**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7505**

_____

MARVIN L. SMITH,

                    Petitioner - Appellant,

     versus

KELLY BROWN; JAMES DUNLAP; BILL FORBES,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CA-01-287-2)

_____

Submitted:  November 8, 2001     Decided:  November 28, 2001

_____

Before WILKINS, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marvin L. Smith, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marvin L. Smith appeals the district court's order dismissing his civil action.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Smith v. Brown, No. CA-01-287-2 (S.D.W. Va. July 20, 2001).  We dispense with oral argument and deny Smith's motions for transcript at government expense and to proceed in forma pauperis because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED